**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HOLLY CASH,** | Case No.: 14-CV-1469 YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| **BUCKINGHAM WINE AND SPIRITS; ASHOKKUMAR N. PATEL; JYOTSNA A. PATEL,** | |
| Defendants. | |

**TO PLAINTIFF AND COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to appear at the initial case management conference ("CMC") duly scheduled for and held on Monday, September 22, 2014. As set forth on the record, while the parties filed a stipulation to continue the CMC (Dkt. No. 18), they did so in the afternoon of the last business day before the CMC and the Court did not approve their stipulation.[1] Counsel's appearance therefore was required.

A hearing on this Order to Show Cause will be held on the Court's 2:01 p.m. calendar on **Monday, October 6, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five business days prior to the Order to Show cause hearing:

- Plaintiff's counsel shall file a written response to this Order to Show Cause, if he contests it. Failure to file timely a written response or to appear at the Order to

---
[1] The parties' stipulation is **DENIED**.

Show Cause hearing shall be deemed an admission that good causes exists to impose a monetary sanction.

- Defendants' counsel shall file a declaration setting forth and substantiating the costs incurred by defense counsel in attending the September 22 CMC.

In conjunction with the Order to Show Cause hearing on October 6, the Court shall hold another case management conference. Should the parties settle the case, they shall file a notice of settlement forthwith.

This Order terminates Dkt. No. 18.

**IT IS SO ORDERED**.

Date: September 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**