**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HOLLY CASH,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**BUCKINGHAM WINE AND SPIRITS *et al.*,**<br><br>    **Defendants.** | Case No.: 14 -CV-1469 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' tentative settlement in this case shall be held on Friday, **October 31, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

On or before **October 24, 2014**, the parties shall file either: (a) a stipulated dismissal; or (b) a one-page JOINT STATEMENT as to the status of the settlement.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**