**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HOLLY CASH,**<br><br>　　　**Plaintiff,**<br><br>vs.<br><br>**BUCKINGHAM WINE AND SPIRITS *et al.*,**<br><br>　　　**Defendants.** | Case No.: 14 -CV-1469 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING; SETTING COMPLIANCE HEARING** |

On October 24, 2014, the parties filed a joint statement wherein they "report that they have agreed to the language of the Mutual Settlement Agreement and are now awaiting for defense counsel to secure his clients' signatures. Plaintiff has signed the Mutual Settlement Agreement, and plaintiff anticipates upon receipt of the executed agreement, filing a stipulation for dismissal within twenty (20) days." (Dkt. No. 26.) Therefore, at the request of the parties, the compliance hearing on calendar for Friday, October 31, 2014 is **VACATED**.

A compliance hearing regarding the parties' tentative settlement in this case shall be held on Friday, **November 28, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

On or before **November 24, 2014**, the parties shall file either: (a) a stipulated dismissal; or (b) a one-page JOINT STATEMENT as to the status of the settlement.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**