UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HOLLY CASH**,

    Plaintiff,

v.

**BUCKINGHAM WINE AND SPIRITS, ET AL.**,

    Defendants.

Case No. 14-cv-01469-YGR

**ORDER RE STIPULATION OF DISMISSAL**

Re: Dkt. No. 28

Pursuant to the parties' stipulation of dismissal (Dkt. No. 28), the Court hereby **DISMISSES** this action in its entirety with prejudice under FED. R. CIV. P. 41(a)(2). Per the terms of the stipulation, each party shall bear its own costs and fees other than as provided in the parties' settlement agreement. The Court shall retain jurisdiction over enforcement of the settlement agreement for a period of one year.

**IT IS SO ORDERED.**

Dated: November 24, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**